AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

DISTRICT OF _____

WAYNE C. HOFFMAN

v.

THE NEIMAN MARCUS GROUP, INC.

INITIAL BILL OF COSTS

Case Number: CV-04-2211-PHX-MHM

Judgment having been entered in the above entitled action on 09/29/2006 against Wayne C. Hoffman, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 165.00 |
| Fees for service of summons and subpoena | 74.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 536.00 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 981.26 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 1,756.26 * |

* see attached sheet

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Wayne Hoffman
1766 W. Oakland Street
Chandler, Arizona, 85224

Signature of Attorney: David A. Seld

Name of Attorney: David A. Selden

For: The Neiman Marcus Group
Name of Claiming Party

Date: 10/16/06

Costs are taxed in the amount of _____ and included in the judgement.

_____ By: _____ _____
Clerk of Court          Deputy Clerk         Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6 (e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

## ITEMIZATION AND DOCUMENTATION
## IN SUPPORT OF INITIAL BILL OF COSTS

### *Wayne C. Hoffman v. The Neiman Marcus Group, Inc.*
### *CV04-2211-VHX-MHM*

Defendant The Neiman Marcus Group, Inc. will submit its itemization and documentation in support of its initial Bill of Costs in a supplemental filing, pursuant to the Motion for Extension of Time to Submit Bill of Costs submitted by Defendant contemporaneously with the submission of this initial Bill of Costs. The reasons for a supplemental submission of the itemization and documentation are set forth in Defendant's Motion for Extension of Time to Submit Bill of Costs.

4456738.1